Certificate Number: 00301-CAN-CC-025368292



00301-CAN-CC-025368292

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 14, 2015, at 8:19 o'clock PM EDT, JUAN R HERNANDEZ received from InCharge Debt Solutions, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  April 14, 2015              By:    /s/Jimmy Arreaga

                                   Name:  Jimmy Arreaga

                                   Title: Certified Bankruptcy Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).