In re **Juan Ramon Hernandez**     Case No.
Debtor(s)     Chapter **7**

# STATEMENT RE PAYMENT ADVICES

■    Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

☐    I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date **April 22, 2015**     Signature **/s/ Juan Ramon Hernandez**
**Juan Ramon Hernandez**
Debtor

Date **April 22, 2015**     Signature **/s/ Patricia M. Zerbini**
**Patricia M. Zerbini**
Attorney

# PENINSULA AUTO REPAIR & TRUCK REPAIR
## Payroll Summary: Hernandez, Juan R.
### 04/04/2015

Hernandez, Juan R.
611 Wessex, #9
Belmont CA 94002

Pay Date: 04/04/2015
Social Security: xxx-xx-7308

Period Beginning: 03/16/2015
Period Ending: 03/31/2015

| Incomes | Hours | Rate | Amount | Year-to-Date |
|---|---|---|---|---|
| Regular Hourly Wages | 96.00 | 17.00 | 1,632.00 | 9,467.36 |
| Overtime Hourly Wages | 4.39 | 25.50 | 111.95 | 226.91 |
| Totals: | 100.39 | | 1,743.95 | 9,694.27 |

| Taxes and Deductions | Amount | Year-to-Date |
|---|---|---|
| Federal Income Tax | 94.41 | 374.43 |
| Social Security - Employee | 108.12 | 601.03 |
| Medicare - Employee | 25.29 | 140.56 |
| CA Income Tax | 9.09 | 12.05 |
| CA Disability Insurance | 15.70 | 87.25 |
| Totals: | 252.61 | 1,215.32 |

| Payments | Number | Amount |
|---|---|---|
| Check | None | 1,491.34 |

# PENINSULA AUTO REPAIR & TRUCK REPAIR
## Payroll Summary: Hernandez, Juan R.
### 03/19/2015

Hernandez, Juan R.  
611 Wessex, #9  
Belmont CA 94002

Pay Date: 03/19/2015  
Social Security: xxx-xx-7308

Period Beginning: 03/01/2015  
Period Ending: 03/15/2015

| Incomes | Hours | Rate | Amount | Year-to-Date |
|---|---|---|---|---|
| Regular Hourly Wages | 80.00 | 16.00 | 1,280.00 | 7,835.36 |
| Overtime Hourly Wages | 0.57 | 24.00 | 13.68 | 114.96 |
| Totals: | 80.57 | | 1,293.68 | 7,950.32 |

| Taxes and Deductions | Amount | Year-to-Date |
|---|---|---|
| Federal Income Tax | 43.53 | 280.02 |
| Social Security - Employee | 80.21 | 492.91 |
| Medicare - Employee | 18.76 | 115.27 |
| CA Income Tax | 0.00 | - 2.96 |
| CA Disability Insurance | 11.64 | 71.55 |
| Totals: | 154.14 | 962.71 |

| Payments | Number | Amount |
|---|---|---|
| Check | None | 1,139.54 |

# PENINSULA AUTO REPAIR & TRUCK REPAIR
## Payroll Summary: Hernandez, Juan R.
### 03/04/2015

Hernandez, Juan R.
611 Wessex, #9
Belmont CA 94002

Pay Date: 03/04/2015
Social Security: xxx-xx-7308

Period Beginning: 02/16/2015
Period Ending: 02/28/2015

| Incomes | Hours | Rate | Amount | Year-to-Date |
|---|---|---|---|---|
| Regular Hourly Wages | 78.16 | 16.00 | 1,250.56 | 6,555.36 |
| Overtime Hourly Wages | 0.00 | 24.00 | 0.00 | 101.28 |
| Totals: | 78.16 | | 1,250.56 | 6,656.64 |

| Taxes and Deductions | Amount | Year-to-Date |
|---|---|---|
| Federal Income Tax | 39.22 | 236.49 |
| Social Security - Employee | 77.53 | 412.70 |
| Medicare - Employee | 18.13 | 96.51 |
| CA Income Tax | 0.00 | 2.96 |
| CA Disability Insurance | 11.26 | 59.91 |
| Totals: | 146.14 | 808.57 |

| Payments | Number | Amount |
|---|---|---|
| Check | None | 1,104.42 |

PENINSULA AUTO REPAIR & TRUCK REPAIR  Page: 1
Payroll Summary: Hernandez, Juan R.
02/19/2015

Hernandez, Juan R.  Pay Date: 02/19/2015
611 Wessex, #9  Social Security: xxx-xx-7308
Belmont CA 94002

Period Beginning: 02/01/2015
Period Ending: 02/15/2015

| Incomes | Hours | Rate | Amount | Year-to-Date |
|---|---|---|---|---|
| Regular Hourly Wages | 80.00 | 16.00 | 1,280.00 | 5,304.80 |
| Overtime Hourly Wages | 4.22 | 24.00 | 101.28 | 101.28 |
| Totals: | 84.22 | | 1,381.28 | 5,406.08 |

| Taxes and Deductions | Amount | Year-to-Date |
|---|---|---|
| Federal Income Tax | 52.29 | 197.27 |
| Social Security - Employee | 85.64 | 335.17 |
| Medicare - Employee | 20.03 | 78.38 |
| CA Income Tax | 1.12 | 2.96 |
| CA Disability Insurance | 12.43 | 48.65 |
| Totals: | 171.51 | 662.43 |

| Payments | Number | Amount |
|---|---|---|
| Check | None | 1,209.77 |

# PENINSULA AUTO REPAIR & TRUCK REPAIR
## Payroll Summary: Hernandez, Juan R.
### 04/19/2015

Hernandez, Juan R.  
611 Wessex, #9  
Belmont CA 94002

Pay Date: 04/19/2015  
Social Security: xxx-xx-7308

Period Beginning: 04/01/2015  
Period Ending: 04/15/2015

| Incomes | Hours | Rate | Amount | Year-to-Date |
|---|---|---|---|---|
| Regular Hourly Wages | 88.00 | 17.00 | 1,496.00 | 10,963.36 |
| Overtime Hourly Wages | 3.44 | 25.50 | 87.72 | 314.63 |
| Totals: | 91.44 | | 1,583.72 | 11,277.99 |

| Taxes and Deductions | Amount | Year-to-Date |
|---|---|---|
| Federal Income Tax | 72.54 | 446.97 |
| Social Security - Employee | 98.19 | 699.22 |
| Medicare - Employee | 22.96 | 163.52 |
| CA Income Tax | 5.57 | 17.62 |
| CA Disability Insurance | 14.25 | 101.50 |
| Totals: | 213.51 | 1,428.83 |

| Payments | Number | Amount |
|---|---|---|
| Check | None | 1,370.21 |

Case: 15-30499    Doc# 5    Filed: 04/22/15    Entered: 04/22/15 16:11:07    Page 6 of 6